IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABA MAHMOOD, individually and on behalf of all similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERBIX INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. _____ |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Berbix Inc. states that it does not have a parent corporation and the following private entities and individuals own more than 5 percent of its stock: Initialized III L.P.; Mayfield XV, a Cayman Islands Exempted Limited Partnership; YC Holdings II, LLC; Eric Levine; and Stephen Kirkham.

Dated:  May 9, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　DEFENDANT BERBIX INC.

　　　　　　　　　　　　　　　　　　　　　　By:  */s/ Robert E. Earles*
　　　　　　　　　　　　　　　　　　　　　　　　　Robert E. Earles

　　　　　　　　　　　　　　　　　　　　　　By Its Attorneys

ROBERT E. EARLES (6308936)
(rearles@cooley.com)

COOLEY LLP
Tiana A. Demas (*PHV Pending*)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598

Bethany C. Lobo (*PHV Pending*)
(blobo@cooley.com)
Joseph D. Mornin (*PHV Pending*)
(jmornin@cooley.com)
Wazhma Sadat (*PHV Pending*)
(wsadat@cooley.com)

COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222