IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABA MAHMOOD, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>BERBIX INC., a Delaware corporation,<br><br>    Defendant. | Case No. _____ |

**CERTIFICATE OF SERVICE RE NOTICE
OF REMOVAL AND RELATED DOCUMENTS**

  I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My email address is zughayerte@cooley.com and my business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. On the date set forth below I served the documents described below in the manner described below:

  **1.  Defendant Berbix Inc.'s Notice of Removal;**
  **2.  Exhibit 1 to Notice of Removal;**
  **3.  Civil Cover Sheet;**
  **4.  Attorney Appearance for Robert E. Earles; and**
  **5.  Corporate Disclosure Statement.**

  ☒  (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Timothy P. Kingsbury, Esq.
Andrew T. Heldut, Esq.
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Telephone: (312) 893-7002
E-mail: tkingsbury@mcgpc.com
aheldut@mcgpc.com

Attorneys for Plaintiff and the Putative Class

Executed on May 9, 2022, at Suisun City, California.

_____
Tammy Zughayer

ROBERT E. EARLES (6308936)
(rearles@cooley.com)

COOLEY LLP
Tiana Demas (*PHV Pending*)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598

Bethany C. Lobo (*PHV Pending*)
(blobo@cooley.com)
Joseph D. Mornin (*PHV Pending*)
(jmornin@cooley.com)
Wazhma Sadat (*PHV Pending*)
(wsadat@cooley.com)

COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

268635359