IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABA MAHMOOD, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>BERBIX INC., a Delaware corporation,<br><br>    Defendant. | Case No. 1:22-cv-02456 |

**DEFENDANT BERBIX INC.'S**
**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Berbix Inc. ("Berbix") hereby moves to extend its deadline to answer or otherwise respond to the complaint (ECF No. 1, Ex. 1) until June 10, 2022. In support of its unopposed motion, Berbix states as follows.

1. Berbix was served with a copy of the complaint and summons on April 7, 2022.

2. Berbix removed this case under 28 U.S.C. § 1446(b)(1) on May 9, 2022.

3. Under Federal Rule of Civil Procedure 81(c)(2)(C), the current deadline for Berbix to answer or otherwise respond to the complaint is May 16, 2022.

4. Berbix recently retained counsel in this case and is currently reviewing the allegations in the complaint. Berbix respectfully requests an extension of time to June 10, 2022 to answer or otherwise respond to the complaint.

5. This unopposed motion is Berbix's first request for an extension of time.

6. Counsel for Berbix conferred with Plaintiff's counsel on May 3, 2022 and May 9, 2022, regarding this request for an extension through June 10, 2022. Plaintiff does not oppose this

request.

    7.    Berbix respectfully requests that the Court extend its deadline to respond the Complaint to June 10, 2022.

Dated: May 10, 2022

Respectfully submitted,

DEFENDANT BERBIX INC.

By: */s/ Robert E. Earles*
       Robert E. Earles
By Its Attorneys

ROBERT E. EARLES (6308936)
(rearles@cooley.com)

COOLEY LLP
Tiana A. Demas (*PHV Pending*)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598

Bethany C. Lobo (*PHV Pending*)
(blobo@cooley.com)
Joseph D. Mornin (*PHV Pending*)
(jmornin@cooley.com)
Wazhma Sadat (*PHV Pending*)
(wsadat@cooley.com)

COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222