## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Saba Mahmood

                Plaintiff,

v.                                          Case No.: 1:22−cv−02456

                                                Honorable Sharon Johnson Coleman

Berbix Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 10, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's unopposed motion to extend time to respond to complaint [7] is granted. Responsive pleading to be filed on or before 6/10/2022. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.