

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

Date: 5/11/2022

**Addressee Information:**
**Andrew T Heldut**
McGuire Law, P.C.
55 West Wacker Drive
Chicago, IL 60601

RE:  Mahmood v. Berbix Inc.
USDC Case Number: 22cv2456

Dear Counselor:

The records of this office indicate that on 5/9/2022 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 22LA0000112. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

> Sincerely,
> Thomas G. Bruton, Clerk
>
> By: /s/ Jannette Nunez
> Deputy Clerk

Enclosure

Rev. 09/23/2016