**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

Saba Mahmood
                Plaintiff,

v.                                          Case No.: 1:22−cv−02456
                                            Honorable Sharon Johnson Coleman

Berbix Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 13, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Attorneys Joseph D. Mornin, Tiana A. Demas, and Wazhma Sadat's motions for leave to appear pro hac vice [11], [12], and [13] are granted. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.