**Bethany Lobo Attachment**
**United States District Court Northern District of Illinois**
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

| Title of Court | Date Admitted |
| --- | --- |
| USDC – Northern District of California | 11/16/2007 |
| USDC – Southern District of California | 11/6/2007 |
| USDC – Central District of California | 11/6/2007 |
| USDC – Eastern District of California | 11/2/2007 |
| U.S. Court of Appeals Ninth Circuit | 11/26/2007 |
| U.S. Supreme Court | 2/23/2015 |
| District of Columbia Bar | 9/21/2021 |
| All California State Courts | 1/10/2007 |