IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABA MAHMOOD, individually and on behalf of all similarly situated individuals,<br><br>       Plaintiff,<br><br><br>    v.<br><br>BERBIX INC., a Delaware corporation,<br><br>       Defendant. | Case No. 1:22-cv-02456<br><br>Hon. Sharon J. Coleman, District Judge<br><br>Hon. Heather K. McShain, Magistrate Judge |

## DEFENDANT BERBIX INC.'S
## UNOPPOSED MOTION FOR BRIEFING SCHEDULE

Defendant Berbix Inc. ("Berbix") hereby moves to propose a briefing schedule for its motion to dismiss. In support of its unopposed motion, Berbix states as follows.

1. Per the Court's order (ECF No. 8), Berbix's deadline to file its motion to dismiss is June 10, 2022.

2. The parties have conferred and agreed upon the following briefing schedule, subject to the Court's approval:

    a. Plaintiff's opposition: due July 8, 2022

    b. Berbix's reply: due July 29, 2022

3. Plaintiff does not oppose this request.

4. The parties respectfully request that the Court set a briefing schedule accordingly.

Dated: June 10, 2022

Respectfully submitted,

COOLEY LLP


By: /s/ Tiana A. Demas
　　　　Tiana A. Demas

By Its Attorneys

Robert E. Earles (6308936)
(rearles@cooley.com)
Tiana A. Demas (admitted *pro hac vice*)
(tdemas@cooley.com)

COOLEY LLP
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: +1 312 881 6500

Bethany C. Lobo (admitted *pro hac vice*)
(blobo@cooley.com)
Joseph D. Mornin (admitted *pro hac vice*)
(jmornin@cooley.com)
Wazhma Sadat (admitted *pro hac vice*)
(wsadat@cooley.com)

COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000

*Attorneys for Defendant Berbix Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby certifies that a true and correct copy of the forgoing Defendant Berbix Inc.'s Unopposed Motion for Briefing Schedule was served on June 10, 2022, via the Court's ECF system to all counsel of record.

<u>/s/ Tiana A. Demas</u>