IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SABA MAHMOOD, individually and on behalf of similarly situated individuals, | )<br>)<br>) |
| *Plaintiff*, | )<br>)  No. 1:22-cv-02456<br>) |
| v. | )  Honorable Sharon J. Coleman<br>)<br>)  Magistrate Hon. Heather K. McShain |
| BERBIX, INC., a Delaware corporation, | )<br>) |
| *Defendant.* | ) |

**JOINT STATUS REPORT**

Plaintiff Saba Mahmood ("Plaintiff"), individually and on behalf of all similarly situated individuals, and Defendant Berbix, Inc. ("Defendant") (together, the "Parties"), hereby submit this Joint Status Report pursuant to the Court's September 13, 2022 Minute Order (Dkt. 38).

**I.   Status of Discovery**

In accordance with the Court's September 12, 2022 Minute Order (Dkt. 36), the Parties exchanged Rule 26(a) disclosures on October 28, 2022, and will serve written discovery requests on or before December 2, 2022.

**II.  Status of Settlement Discussions**

The Parties have had preliminary settlement discussions but believe further discovery is necessary before further settlement discussions will be productive. Accordingly, the Parties do not request a settlement conference at this time.

1

Dated: November 14, 2022 Respectfully submitted,

| | |
|---|---|
| SABA MAHMOOD, individually and on behalf of a class of similarly situated individuals | BERBIX, INC. |
| By: /s/ Timothy P. Kingsbury<br>*One of Plaintiff's Attorneys* | By: /s/ Michael J. Roman<br>*One of Defendant's Attorneys* |
| Timothy P. Kingsbury<br>Andrew T. Heldut<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>tkingsbury@mcgpc.com<br>aheldut@mcgpc.com | Mary A. Smigielski<br>Michael J. Roman<br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP<br>550 West Adams Street Suite 300<br>Chicago, IL 60661<br>Tel: (312) 345 1718<br>mary.smigielski@lewisbrisbois.com<br>michael.roman@lewisbrisbois.com |
| *Attorneys for Plaintiff and the putative Class* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 14, 2022, I caused the foregoing *Joint Status Report* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                                        /s/ Timothy P. Kingsbury